NATIONAL LABOR RELATIONS BOARD,
Petitioner, v. COCA–COLA BOTTLING
COMPANY OF SOUTHEAST ARKANSAS.
No. 14146.
United States Court of Appeals

Eighth Circuit.
May 9, 1950.

A. Norman Somers, Assistant General Counsel, National Labor Relations Board, Washington, D. C., for petitioner.

Lawrence B. Burrow, Little Rock, Ark., for respondent.

PER CURIAM.

Order of National Labor Relations Board enforced, on petition for enforcement, and stipulation filed with Board.